

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 16, 2017

**<u>VIA HAND</u>**
Marc. E. Freund, Esq.
Lipsig, Shapey, Manus and Moverman, P.C.
40 Fulton Street
New York, N.Y. 10038

Re:  <u>Vincent Mosca v. City of New York, et. al.</u>, 17 Civ. 4327 (SJF)(SIL)

Dear Mr. Freund:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York and New York City Police Dep't (a non-suable entity), in the above-referenced matter.  Enclosed herewith please find 1) the foregoing defendants' notice of motion to dismiss plaintiff's complaint and 2) Memorandum of Law in Support of their motion to dismiss.

If questions, please let me know.

Yours Very Truly,

/s/

Mark D. Zuckerman
Senior Counsel

cc:      Jonathan R. Hammerman, Esq. (via First Class Mail)