## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                               ) ss.:

COUNTY OF NEW YORK   )

Kennia Pluas, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

On October 20, 2017, I served the within **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS CITY OF NEW YORK AND NEW YORK CITY POLICE DEPARTMENT'S MOTION TO DISMISS**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

> ZACHARY W. CARTER
> CORPORATION COUNSEL
> 100 Church Street, Room 3-133b
> New York, NY 10007
>
> LAW OFFICES OF PENINO & MOYNIHAN
> 1025 Westchester Avenue, Ste. 403
> White Plains, NY 10604
>
> KAUFMAN BORGEEST & RYAN LLP
> 1205 Franklin Avenue, Ste. 200
> Garden City, NY 11530
>
> ADRIENNE C. LYNCH
> 1060 Park Blvd.
> Massapequa Park, NY 11762

                                             _____

                                             KENNIA PLUAS

Sworn to before me this
20th day of October, 2017

_____
     Notary Public

DAISY DEJESUS
Commissioner of Deeds
No. 3-7377
Cert. Filed in Bronx County
Commission Expires Jan. 1, 20 18

LAW OFFICES OF

# Lipsig, Shapey, Manus & Moverman, P.C.

40 FULTON STREET

NEW YORK, NY 10038-1850

———

TEL: 212-285-3300
FAX: 212-406-4544

THOMAS J. MOVERMAN
ALAN M. SHAPEY
MARC E. FREUND
—
HARRY H. LIPSIG (1901-1995)
MARK J. MANUS

C. MICHELLE CLEMMENS
CARMINE J. GONCALVES
ERIN K. HURLEY
JAMES D. NEVILLE
THOMAS P. O'MALLEY
CHARLES E. WISELL

October 20, 2017

ZACHARY W. CARTER
CORPORATION COUNSEL
100 Church Street, Tort Division, 4th Fl.
New York, NY 10007

Attention:   Mark Zuckerman, Esq.

Re:      Mosca, Vincent v. The City of New York, et al.
Case: 17-CV-4327 SJF-SIL

Dear Mr. Zuckerman:

As per the briefing schedule, enclosed herein is a hard copy of plaintiff's Memorandum of Law in Opposition to the City of New York and New York City Police Department's Motion to Dismiss. Please be advised that a courtesy electronic copy was sent to you as well.

Kindly mark your file accordingly.

Very truly yours,

LIPSIG, SHAPEY, MANUS & MOVERMAN, P.C.

MARC E. FREUND

cc:   PENINO & MOYNIHAN, LLP
Attorneys for Defendant
FRANK COLAVITO
1025 Westchester Ave., Ste. 403
White Plains, NY 10604

KAUFMAN BORGEEST & RYAN LLP
Attorney for Defendant
TAPPED 1010 INC.
1205 Franklin Ave., Ste. 200
Garden City, NY 11530

ADRIENNE C. LYNCH
Attorney for Defendant
MXL LLC
106 Park Blvd.
Massapequa Park, NY 11762