# PENINO & MOYNIHAN, LLP
## Attorneys at Law

**Albany, NY**

**Buffalo, NY**

**Uniondale, NY**

**Weston, CT**

1025 Westchester Avenue, Suite 403
White Plains, NY 10604
Telephone (914) 949-6996
Fax (914) 949-6203

Please Always Reply to White Plains Office

**Patrick J. Moynihan, Esq.**
(Retired)

October 27, 2017

Lipsig Shapey Manus & Moverman, PC
40 Fulton St.
New York, NY 10038-1850

Zachary W. Carter
Corporation Counsel
100 Church Street, Room 3-133b
New York, NY 10007

Kaufman Borgeest & Ryan, LLP
1205 Franklin Ave., Ste. 200
Garden City, NY 11530

Adrienne Lynch, Esq.
1060 Park Blvd.
Massapequa Park, NY 11762

Re: *Vincent Mosca v. City of New York, et al.,*
Case No. 17 Civ. 4327 (SJF)(SIL)
Our File No.:  12-3211

Counselors:

Enclosed please find a service copy of our memorandum of law in opposition to the City of New York's motion to dismiss (docket 15).

Respectfully,

Henry L. Liao (HL6071)

Encl.
cc:     ECF (w/out enclosure)

## Affidavit of Service

State of New York      }
                       } ss.:
County of Westchester  }

Henry L. Liao, being duly sworn, deposes and states:

I am not a party to this action, am over the age of eighteen; and reside in White Plains, NY.

On the 27th day of October, 2017, I served the within **DEFENDANT COLAVITO'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS CITY OF NEW YORK AND NEW YORK CITY POLICE DEPARTMENT'S MOTION TO DISMISS**, by depositing a true copy in a postage paid wrapper in a depository under the exclusive custody and control of the United States Postal Service within the State of New York, upon:

Lipsig Shapey Manus & Moverman, PC
40 Fulton St.
New York, NY 10038-1850

Zachary W. Carter
Corporation Counsel
100 Church Street, Room 3-133b
New York, NY 10007

Kaufman Borgeest & Ryan, LLP
1205 Franklin Ave., Ste. 200
Garden City, NY 11530

Adrienne Lynch, Esq.
1060 Park Blvd.
Massapequa Park, NY 11762

_____
Henry L. Liao

Sworn to before me this
27th day of October, 2017

_____
Notary Public

DAVID A. KARLIN
Notary Public, State of New York
No. 02KA6050239
Qualified in Westchester County
Commission Expires 10/30/2018