## CIVIL CAUSE FOR INITIAL CONFERENCE
### BEFORE: JUDGE FEUERSTEIN

**DATE**: November 29, 2017        **TIME**: 11:15 A.M.        **TIME IN COURT**:    30 minutes

**CASE NUMBER**:    2:17-cv-04327-SJF-SIL

**CASE TITLE**:    Mosca v. The City of New York et al

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  NOV 29 2017  ★
LONG ISLAND OFFICE

**PLTFFS ATTY**:    Mark Freund and Vincent Chiroco

　　　　　　　X   present        ___ not present

**DEFTS ATTY**:    Adrien Lynch, Jonathan Hammerman, Henry Liao and Mark Zuckerman

　　　　　　　X   present        ___ not present

**COURT REPORTER**:

**COURTROOM DEPUTY**: Bryan Morabito

X    CASE CALLED.

___  ARGUMENT HEARD / CONT'D TO _____.

___  ORDER ENTERED ON THE RECORD.

**OTHER**: . #28 motion is referred to the assigned magistrate judge. Outstanding discovery is respectfully referred to the assigned magistrate judge. All discovery shall be complete by 7/30/2018. Dispositive motions to be served and filed in accordance with Judge Feuersteins individual rules by 9/28/2018. A pretrial conference is scheduled before Judge Feuerstein on 11/28/2018 at 11:15 am.