UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

VINCENT MOSCA,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, FRANCESCO COLAVITO,
TAPPED 1010 INC., and MXL LLC,

                      Defendants.

-----------------------------------------------------------------X

**ANSWER TO TAPPED 1010 INC.'S CROSS CLAIMS**

Docket No.: 17-cv-04327

Judge
Sandra J. Feuerstein

Magistrate Judge
Steven I. Locke

Defendant, **FRANCESCO COLAVITO**, by and through his attorneys, **PENINO & MOYNIHAN, LLP** as and for his Answer to the cross-claims of co-defendant, Tapped 1010 Inc., contained within its "Verified Answer to Amended Complaint", sets forth the following:

1. Denies the allegations against Francesco Colavito contained in paragraphs "66" through "78", and the "WHEREFORE" clause of Tapped 1010 Inc.'s "Verified Answer to Second Amended Complaint" with cross claims, as it relates to defendant Francesco Colavito.

2. WHEREFORE the defendant, Francesco Colavito, respectfully request judgment dismissing the cross-claims against him in their entirety, together with costs and disbursements in this action.

DATED:  White Plains, New York
             July 19, 2018

                                            Respectfully,

                                            **PENINO & MOYNIHAN, LLP**

                         **BY:**  _____
                                              Henry L. Liao (HL6071)
                                            Attorneys for Defendant

**FRANCESCO COLAVITO**
1025 Westchester Avenue, Suite 403
White Plains, New York 10604
(914) 949-6996
Our File No.: 12-3211

TO: Lipsig Shapey Manus & Moverman, PC
Attorneys for Plaintiff
40 Fulton St.
New York, NY 10038-1850

Zachary W. Carter
Corporation Counsel of the City of New York
100 Church Street, Room 3-133b
New York, NY 10007

Kaufman Borgeest & Ryan, LLP
Attorneys for Co-Defendant
Tapped 1010, Inc.
1205 Franklin Ave., Ste. 200
Garden City, NY 11530