

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARK D. ZUCKERMAN<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |
|---|---|---|

March 7, 2019

**VIA OVERNIGHT MAIL and EMAIL**
Henry L. Liao, Esq.
Penino and Moynihan, LLP
1025 Westchester Ave., Ste. 403
White Plains, N.Y. 10604

      Re: <u>Vincent Mosca v. City of New York, et. al.</u>, 17 Civ. 4327 (SJF)(SIL)

Dear Mr. Liao:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York and NYPD (a non-suable entity) in the above-referenced matter. Enclosed herewith please find 1) the foregoing defendants' notice of motion for judgment on the pleadings to dismiss Francesco Colavito's third party claims against them; 2) Declaration of Mark D. Zuckerman and exhibit A annexed thereto; and 3) Memorandum of Law in Support of third party defendants' motion for judgment on the pleadings.

      If questions, please let me know.

                                            Yours Very Truly,

                                            /s/

                                            Mark D. Zuckerman
                                            Senior Counsel

cc: Marc Freund, Esq. (via first class mail and email)
    Jonathan Hammerman, Esq. (via first class mail and email)