# PENINO & MOYNIHAN, LLP
## Attorneys at Law

**Albany, NY**

**Buffalo, NY**

**Uniondale, NY**

**Weston, CT**

1025 Westchester Avenue, Suite 403
White Plains, NY 10604

Telephone (914) 949-6996
Fax (914) 949-6203

Please Always Reply to White Plains Office

**Patrick J. Moynihan, Esq.**
(Retired)

March 28, 2019

Lipsig Shapey Manus & Moverman, PC
40 Fulton Street, 25th floor
New York, NY 10038-1850

Zachary W. Carter, Corporation Counsel of the City of New York
100 Church Street, Room 3-133b
New York, NY 10007

Kaufman Borgeest & Ryan, LLP
1205 Franklin Ave., Ste. 200
Garden City, NY 11530

> Re:  *Vincent Mosca v. City of New York, et al.,*
> Case No. 17 Civ. 4327 (SJF)(SIL)
> Our File No.:  12-3211

Counselors:

Enclosed please find our Memorandum of Law in Opposition to the City of New York's Motion to Dismiss Colavito's Third-Party Claims.

Respectfully,

Henry L. Liao

cc:  Hon. Sandra J. Feuerstein (via ECF)