UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

VINCENT MOSCA,

           Plaintiff,

-against-

THE CITY OF NEW YORK, FRANCESCO COLAVITO, TAPPED 1010 INC., MXL LLC, and IAN M. WALSH,

           Defendants.
---------------------------------------------------------------X

Docket No.: 17-cv-04327-SJF-SIL

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the plaintiff and defendants, that whereas no party hereto is an infant, or an incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an in interest in the subject matter of the action, the above-entitled action, including all cross-claims, be, and the same hereby is discontinued with prejudice against defendants, without costs or attorney's fees to either party as against the other.

    This Stipulation may be filed with the Clerk of the Court without further notice.

Dated: Garden City, New York
        March 23, 2021

LIPSIG, SHAPEY, MANUS & MOVERMAN, P.C.

By: Charles Wisell, Esq.
Attorneys for Plaintiff
40 Fulton Street
New York, New York 10038
(212) 285-3300

KAUFMAN BORGEEST & RYAN LLP

By: Jonathan R. Hammerman, Esq.
Attorneys for Defendant
TAPPED 1010 INC.
1205 Franklin Avenue, 2nd Floor
Garden City, New York 11530
(516) 248-6000

PENINO & MOYNIHAN, LLP

By: Ted Barbour, Esq.
Attorneys for Defendant
FRANCESCO COLAVITO
1025 Westchester Avenue, Suite 403
White Plains, New York 10604
(914) 949-6996

\*\*Case was previously dismissed against defendant, The City of New York, and no formal appearances were ever filed by MXL LLC or Ian M. Walsh\*\*